Vernon SUBLETT, Appellant,

v.

STATE of Missouri, Respondent.

No. WD 51608.

Missouri Court of Appeals,
Western District.

Nov. 19, 1996.

Motion for Rehearing and/or Transfer to
Supreme Court Denied Dec. 24, 1996.

Application to Transfer Denied
Jan. 21, 1997.

Laura G. Martin, Asst. Appellate Defender, Kansas City, for Appellant.

Philip M. Koppe, Asst. Attorney General, Kansas City, for Respondent.

Before LOWENSTEIN, P.J., and
BRECKENRIDGE and EDWIN H.
SMITH, JJ.

## ORDER

PER CURIAM.

This appeal arises from an order denying Appellant's Rule 29.15 motion for postconviction relief.

Judgment affirmed. Rule 84.16(b).